Court of Appeals

FOURTH COURT OF APPEALS DISTRICT

CADENA REVEES JUSTICE CENTER

300 DOLOROSA SUITE 3200

SAN ANTONIO TEXAS 78205-3037



RE COURT OF APPEALS NUMBER ; 04-16-00189-CV

TRIAL COURT CASE 4343

MARYANN CASTRO AND BORROWER MANUEL CASTRO

VS

MLB

## PETITION FOR ORAL ARGUMENT

## AND RESPONSE TO JUDGE ELLISON RULING

I MARYANN CASTRO WAS NOT A TENANT NOR WAS MANUEL CASTRO, MLB WAS NOT EVEN THE MORTGAGE LENDER.

MLB WAS THE SERVICER WHO WAS TO SERVICE THE WELLS FARGO HOME MORTGAGE CONTRACT WHICH BEGAN NOV 2013 WHILE ACCOUNT WAS ACTIVE IN BANKRUPTCY AND BEING PAID BY THE TRUSTEE THE MORTGAGE IN THE AMOUNT OF 13,000 WAS TAKEN BY MLB WHO NEVER APPLIED FUNDS TO THE PRINCIPLE LOAN OF THE WELLS FARGO HOME MORTGAGE.

MLB WAS ASKING FOR MORE MONEY THAN THE BANK CONTRACT, MANUEL CASTRO WAS THE BORROWER AND MARYANN CASTRO WAS ON THE DEED ON TRUST. THE SUBJECT PROPERTY 1501 OLIVE WHICH WAS FINANCED BY WELLS FARGO HAD A FIXED RATE THE SERVICER WAS CHARGING AN ADJUSTABLE RATE IN THE AMENDED BRIEF WHICH WAS TURNED IN BY MANUEL CASTRO AND MARYANN CASTRO WAS IN THE ORDER REQUIRED AND ALSO HAS EXHIBITS OF EVIDENCE CONTRACTS BY WELLS FARGO. THE CASTROS ARE NOT ATTORNEYS THEY ARE THE HOMEOWNER WHOS HOMESTEAD WAS WRONGFULLY BEING OVERCHARGED BY MLB. MLB CAUSED A BREACH OF CONTRACT AND MISAPPLIED FUNDS OVER 13,0000 AND WAS CHARGING MORE THAN THE BANK CONTRACT.

DEC 2015 MLB TRIED TO HAVE MARYANN CASTRO EVICTED IT WAS DENIED BY JUDGE CARRASCO WHO LOOKED AT ALL EVIDENCE ENTERED AND RULED AGAINST MLB NOW IN JUDGE ELLISON COURT

THE CASTROS AND MLB APPEARED AND JUDGE ELLISON DID NOT LOOK AT THE EVIDENCE IN THE BRIEF AND RULED AGAINST THE CASTROS TO HAVE MARYANN CASTRO EVICTED WRONGFULLY.

THIS CASE IS A BREACH OF CONTRACT CAUSED BY MLB IT IS NOT FRIVOULOUS MARYANN CASTRO AND MANUEL CASTRO THE BORROWER WERE ON A FIXED RATE AND MLB WAS CHARGING ADJUSTABLE RATE.

THE ONLY REASON WE ENDED UP IN JUDGE ELLISON COURT IS BECAUSE MLB APPEALED NOW MS CASTRO APPEALS AND JUDGE ELLISON RULES AGAINST THE CASTROS.

I MARYANN CASTRO AND MANUEL CASTRO TURNED IN A AMENDED BRIEF TO THE BEST OF HER AND HIS KNOWLEDGE AND AGAIN REPEAT WE ARE NOT ATTORNEY BUT THE HOMEOWNER WHOS HOMESTEAD WAS BEING OVERCHARGED BY MLB THIS IS A BREACH OF CONTRACT CAUSED BY MLB.

MARYANN CASTRO AND MANUEL CASTRO PRAY FOR JUSTICE AND RELIEF ENTITLED TO THE DAMAGE CAUSED BY MLB IS A BREACH OF CONTRACT WHICH HAS LED TO WRONGFUL FORECLOSURE AND MISAPPLIED FUNDS OVER 13,000 ASKING FOR MORE MONEY THAN BANK CONRACT.

MARYANN CASTRO AND MANUEL CASTRO PRAY FOR JUSTICE AND RELIEF ENTITLED TO RESPECTFULLY FILED BY MAIL 08/25/16

MARYANN CASTRO AND MANUEL CASTRO PRO-SE

8/25/16

P.O. BOX 495

PLEASANTON TEXAS 78064

PACATTITUDE2014@GMAIL.COM

830-496-0133

Maryann Castro
P.O. Box 495
Pleasanton TX
78064

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
26 AUG 2016 PM 2 L

Equality
FOREVER
U.S.A

FILED
IN THE COURT OF APPEALS
SAN ANTONIO, TEXAS
2016 AUG 29 PM 12:32
Keith E. Hottle
KEITH E. HOTTLE, CLERK

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves, Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX
78205-3037

78205-303799